MABEL A. REYNOLDS, as Executrix of GEORGE O. REYNOLDS, Deceased, Appellant, *v.* JAMES M. TOWNSEND et al., Respondents.

*Reynolds* v. *Townsend*, 152 App. Div. 934, affirmed.
(Argued March 25, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered October 10, 1912, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action originally brought by plaintiff's testator against the defendants, his former attorneys, to recover certain notes, for the return and cancellation of certain guaranties, to have certain investments in mortgages declared null and void, and that the defendants account to the plaintiff for all moneys and property received by them or either of them from him and the payment of any amount found due to him, with interest, and for other proper relief. The gravamen of the complaint was that the plaintiff was fraudulently advised and induced by the defendants, acting as his legal advisers, to enter into the transactions recited for their own personal benefit and advantage.

*Henry G. K. Heath* for appellant.

*J. Addison Young* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and MILLER, JJ. Absent: HOGAN, J.